# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -01704(1)
§
(1) Jose Manuel Rivera-Martinez §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On June 19, 2022, defendant Jose Rivera-Martinez was encountered by Border Patrol Agents during an immigration inspection near Carrizo Springs, Texas, within the Western District of Texas. Jose Rivera-Martinez was observed driving a silver Dodge Ram 2500 with ten individuals who admitted to illegally entering the United States and did not have legal status. All occupants of the vehicle were apprehended and read their*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_L. Melton_
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/22/2022     at     DEL RIO, Texas
File Date                         City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01704(1)

(1) Jose Manuel Rivera-Martinez

**Continuation of Statement of Facts:**

rights. Jose Rivera-Martinez agreed to provide a statement in which he stated he was contacted by an unknown individual who told him he would get paid for traveling to Carrizo Springs, Texas and pick up illegal aliens and transport them to Houston, Texas. Jose Rivera-Martinez also admitted to a prior arrest for smuggling aliens in Uvalde, Texas two months prior to this incident."

_____  _____
Signature of Judicial Officer  Signature of Complainant